# Court of Appeals
# of the State of Georgia

ATLANTA,  December 23, 2025

*The Court of Appeals hereby passes the following order:*

## A26E0115.  FLORENCE v. PETERS, JUDGE et al.

This petition for a writ of mandamus was transferred to this Court by the Supreme Court of Georgia. In it, petitioner Kim Florence asks this Court to order the Muscogee County trial court to take action to withdraw her plea of no contest.

According to the Supreme Court of Georgia, we are authorized "to grant a writ of mandamus only in matters related to an appeal or impending appeal, when necessary in aid of appellate jurisdiction or to protect or effectuate appellate court judgments." *Arnold v. Alexander*, 321 Ga. 330, 335 (914 SE2d 311) (2025). Because Florence asks us to issue a writ in a matter not connected to this Court's appellate jurisdiction, the petition does not satisfy the requirements of Rule 40 (c) and is therefore DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  12/23/2025*

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*